**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**



FILED
JAN 23 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ALCINDOR FRANCIS STANCEL, #1103218,

    Petitioner,

v.                                               ACTION NO. 2:11CV304

HAROLD W. CLARKE, Director of the
Virginia Department of Corrections,

    Respondent.

## FINAL ORDER

This matter was originally initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed in the Unites States District Court, Western District of Virginia. Because the Petitioner was convicted in the City of Norfolk, Virginia, the petition was transferred to the United States District Court, Eastern District of Virginia on May 31, 2011, for further briefing and decision. The petition alleges violation of Petitioner's constitutional rights pertaining to petitioner's felony convictions on June 20, 2007, in the Circuit Court of Norfolk, Virginia, for grand larceny and receiving stolen property, as a result of which he was sentenced to serve ten (10) years in prison with two (2) years suspended.

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed December 22, 2011, recommends dismissal of the petition with prejudice. The Court has received no objections to the Report and Recommendation and the time for

filing objections has expired.

The Court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed December 22, 2011, and it is therefore ORDERED that respondent's Motion to Dismiss be GRANTED, and that the petition be DENIED and DISMISSED with prejudice. It is further ORDERED that judgment be entered in favor of Respondent.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See <u>Miller-El v. Cockrell</u>, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to petitioner and to counsel of record for respondent.

/s/ _____
MARK S. DAVIS
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

Jan. 23, 2012